IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ISAIAH BRUEGGEN,

                Plaintiff,

  v.                                                         OPINION and ORDER

LA CROSSE COUNTY,                               21-cv-476-jdp

                Defendant.

---

Pro se plaintiff Isaiah Brueggen alleges that while he was incarcerated at the La Crosse County Jail, jail staff violated his rights to practice Islam by failing to hold religious services and barring him from owning a specialized prayer rug. He is proceeding on claims under the First Amendment and the Religious Land Use and Institutionalized Persons Act.

On September 16, 2022, defendant La Crosse County filed a motion for summary judgment. Dkt. 35. Brueggen's response was due on October 17, 2022, but he has failed to file any materials in opposition to the county's motion. Brueggen's failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it.

I will give Brueggen one more opportunity to submit substantive responses to the county's motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for Brueggen's failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Isaiah Brueggen may have until November 23, 2022, to file a response to defendant's motion for summary judgment. If he does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for plaintiff's failure to prosecute it.

Entered November 10, 2022.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge